IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK S. McPHERRON | : | CIVIL ACTION |
| v. | : | |
| THOMAS HOGAN, et al. | : | NO. 12-589 |

### ORDER

AND NOW, this 26th day of March, 2013, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

### ORDERED

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED**;

3. Petitioner's Motion to Expedite (Doc. No. 11) is **DENIED** as moot;

4. Petitioner's Motion to Change the Presiding Judge (Doc. No. 13) is **DENIED** as moot; and

5. A certificate of appealability is not granted.

BY THE COURT:

_____
J. CURTIS JOYNER, Ch. J.